UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KENNETH RAY WILLIAMS,     )
          )
      Plaintiff,     )
          )
v.          )     No. 3:17-cv-465-DCP
          )
ANDREW M. SAUL, [1]     )
Acting Commissioner of Social Security,     )
          )
      Defendant.     )

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith,

Plaintiff's Motion for Judgment on the Pleadings [**Doc. 13**] is **DENIED**, and the Commissioner's

Motion for Summary Judgment [**Doc. 15**] is **GRANTED**. The decision of the Commissioner is

**AFFIRMED**. The Clerk of Court is **DIRECTED** to close this case.

     **IT IS SO ORDERED.**

          ENTER:


          Debra C. Poplin
          United States Magistrate Judge

---

[1] Andrew M. Saul was sworn in as the Commissioner of Social Security on June 17, 2019, during the pendency of this case. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Andrew M. Saul is substituted as the Defendant in this case.